IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:16-CR-3060 |
| vs. | ORDER |
| DEAN L. BALDWIN, | |
| Defendant. | |

IT IS ORDERED that:

1. The government's unopposed Motion to Continue (filing 35) is granted.

2. Defendant Dean L. Baldwin's sentencing is continued to November 29, 2016, at 2:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of November, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge