IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3060 |
| vs. | |
| DEAN BALDWIN, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 63), recommending that Baldwin's motion to vacate under 28 U.S.C. § 2255 (filing 45) be denied in its entirety. The Court has conducted a de novo review of the motion to vacate, pursuant to 28 U.S.C. § 636(b)(1). The Court concurs in the Magistrate Judge's factual findings and legal analysis, and finds the defendant's objections to be without merit. The Court will therefore adopt the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 63) are adopted.

2. The defendant's objection (filing 65) is overruled.

3. The defendant's Motion to Vacate (filing 45) is denied.

4. A separate judgment will be entered.

Dated this 26th day of February, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge