IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3060 |
| vs. | |
| DEAN L. BALDWIN, | JUDGMENT |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 45) is dismissed.

Dated this 26th day of February, 2018.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge